

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2015

No. 04-15-00342-CV

**VILLA DIJON CONDOMINIUM ASSOCIATION, INC.**
and Implicity Management Company,
Appellants

v.

Mary **WINTERS** and Mila Cheatom,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03926
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On July 17, 2015, we referred this cause to mediation for the parties to attempt to reach a settlement. On August 31, 2015, the mediator reported to the court that the parties did not settle their dispute at mediation.

Acting *sua sponte*, we reinstate this appeal on the court's docket. The appellate record is complete; Appellants' brief is due on **October 5, 2015**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court